I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-12-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK BRENNAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN, FCI VICTORVILLE, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-1999-SJO (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: March 8, 2012

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE